THE VILLAGE OF WAVERLY, Respondent, *v.* THE WAVERLY WATER COMPANY et al., Appellants.

*Village of Waverly* v. *Waverly Water Co.,* 127 App. Div. 440, affirmed.
(Argued January 5, 1909; decided January 19, 1909.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered June 26, 1908, which affirmed an order of Special Term overruling certain preliminary objections to the petition in a proceeding to acquire, under the power of eminent domain, the property of the defendants consisting of a private water supply for the village of Waverly.

35

The following question was certified : " Is the petition sufficient in law to authorize the granting of the relief asked for ? "

*Frederick E. Hawkes* and *Frederick Collin* for appellants.

*Myron N. Tompkins, Randolph Horton* and *Frank A. Bell* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative; no opinion.

Concur : CULLEN, Ch. J., EDWARD T. BARTLETT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.